# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HAROLD NORMAN HILL, | |
| Petitioner, | No. C04-326Z |
| v. | MINUTE ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the Court's Minute Order of January 21, 2005, Petitioner's Motion for a Certificate of Appealability Pro-Se, docket no. 39, is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 27th day of February, 2006.

BRUCE RIFKIN, Clerk

By s/ Casey Condon
Casey Condon
Deputy Clerk

MINUTE ORDER 1–